IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AXIS SURPLUS INSURANCE COMPANY                                PLAINTIFF

V.                        CIVIL NO. 11-1028

OASIS TRADING, LLC, *et al.*                                  DEFENDANTS

### O R D E R

Currently before the Court is the Motion to Discharge Interpleader Plaintiff and Memorandum of Law in Support (doc. 16). The Interpleader Plaintiff requests it be discharged from this action as it has deposited the funds at issue from its property insurance policy with Oasis Trading, LLC in the amount of $3,887,921.72 in the registry of the Court and asserts no claim to the funds. The Court, being well and sufficiently advised, and there being no objection, finds the Motion (doc. 16) should be GRANTED, and Axis Surplus Insurance Company DISMISSED from this interpleader action.

IT IS SO ORDERED this 6th day of July 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**