IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WEBSTER BUSINESS CREDIT CORPORATION    *also 11-1028*    PLAINTIFF

V.          CASE NO. 08-CV-01083-HFB

BRADLEY LUMBER COMPANY, et al          DEFENDANTS

ARKANSAS DEVELOPMENT
FINANCE AUTHORITY          PLAINTIFF-INTERVENOR

v.

WEBSTER BUSINESS CREDIT CORPORATION,
et al
         INTERVENOR DEFENDANTS

## JUDGMENT

Before the Court is the Parties Joint Motion for Approval of Settlement Agreement and Stipulation for Dismissal. [Doc. 303] Under ¶ 2(e)(ii) of the Settlement Agreement and Joint Stipulation [Doc. 304] the parties are required to submit a Stipulated Judgment adjudicating ADFA's cause of action for Replevin, as plead in ADFA's Second Amended Complaint [Doc. 143]. ADFA, Bradley Lumber Company, and Oasis Trading, LLC hereby stipulate and agree, subject to their Settlement Agreement and Joint Stipulation [Doc. 304], that ADFA hereby is hereby granted judgment for all sums remaining after application of all sums previously awarded and disbursal to ADFA under the Court's entry on March

22, 2012 in *Axis v. Oasis, et al*, 11-CV-1028, of $1,451,000.00 and all sums disbursed under the Settlement Agreement and Joint Stipulation [Doc. 304] of $649,000.00. Subject to the parties' Joint Stipulation and Settlement Agreement, ADFA is hereby granted all rights under Ark. Code Ann. § 18-60-801, et seq., to recover and take possession of al equipment listed in ADFA's Security Agreement [Doc. 143-2], and recover all outstanding sums therefrom.

IT IS SO ORDERED, this 27th day of March 2012.

Hon. Robert T. Dawson
United States District Judge